AO91 (Rev. 12/03)   Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
December 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____AQ_____
DEPUTY

**UNITED STATES OF AMERICA**
**V.**
Luis Rene HERNANDEZ-Gomez

**CRIMINAL COMPLAINT**

Case Number: **EP:25-MJ-6996-LE**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____12/21/2025____ in ____El Paso____ County, in the ____Western District Of Texas____ defendant(s) did,

Count I: 50 USC 797 Prohibits the Willful Violation of any Defense Property Security Regulation,

Count II: 18 USC 1382 Entry of Military Property for Any Purpose Prohibited by Law

Count III: 8 USC 1325a1 Improper Entry by Alien.

in violation of Title ____8,18,50____ United States Code, Section(s) ____1325,1382,797____

I further state that I am a(n) ____Border Patrol Agent____ and that this complaint is based on the following facts:

In violation of Title 50, USC 797(1) and (2)(A): willfully violate a defense property security regulation, that is a property security regulation which, pursuant to lawful authority was promulgated or approved by the Secretary of Defense, or by a military commander designated by the Secretary of Defense.

On December 21, 2025, DEFENDANT, an alien to the United States, entered on property of the United States Army specifically, the Texas National Defense Area (Tx-NDA), without having received authorization from the U.S. ARMY or any other appropriate United States official, to be in, enter upon or access said area.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Complaint sworn to telephonically on
____December 22, 2025____ at ____01:07 PM____ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
Signature of Complainant

Jose A. Jurado
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

12/22/2025
_____
Date

at   El Paso, TX
_____
City/State

Laura Enriquez         U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer